UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD GLASS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CDCR, et al.,<br><br>　　　　　Defendants. | Case No. 2:22-cv-00312-AB-PD<br><br>**ORDER ACCEPTING REPORT AND ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the summary judgment motion filed by Defendants California Department of Corrections and Rehabilitation ("CDCR"), California State Prison, Los Angeles County ("CSP-LAC"), Correctional Lieutenant S. Bermudez ("Bermudez"), Correctional Counselor K. Bradford ("Bradford"), Corrections Officer A. Carpio ("Carpio"), Corrections Officer J. Ferrso ("Ferrso"), Correctional Counselor M. Fordham ("Fordham"), Facility Captain M. Harder ("Harder"), Facility Captain M. Hodges ("Hodges"), Corrections Officer J. Jimenez ("Jimenez"), Associate Warden E. Jordan ("Jordan"), Correctional Lieutenant A. Martinez ("Martinez"), Correctional Counselor J. Orellana ("Orellana"), Facility Captain S. Rivera ("Rivera"), Corrections Officer D. Sanchez ("Sanchez"), Correctional Counselor R. Tinio ("Tinio"), and Chief Deputy

Warden D. Ulstad ("Ulstad"), the records on file, and the Report and Recommendation of United States Magistrate Judge ("Report"). The time for filing objections has expired, and no objections have been made. The Court accepts the findings and recommendations of the Magistrate Judge and adopts them as its own findings and conclusions.

IT THEREFORE IS ORDERED as follows:

The motion for summary judgment filed by Defendants is granted in part and denied in part, as follows:

1. Granting summary judgment:

   (a) in favor of Sanchez as to all claims and dismissing Sanchez from the Complaint and this action with prejudice;

   (b) in favor of Bermudez as to the Fourteenth Amendment due process claims;

   (c) in favor of Fordham, Hodges, and Harder as to the civil conspiracy claims;

   (d) in favor of all individual defendants in their individual and/or official capacities as to the ADA and RA claims;

   (e) in favor of CSP-LAC as to the ADA and RA claims regarding all requests for injunctive relief;

   (f) in favor of CDCR as to the ADA and RA claims solely regarding requests for hearing-related injunctive relief;

   (g) in favor of Bradford, Jordan, and Ulstad as to the Eighth Amendment deliberate indifference claims arising from initially denying Plaintiff access to hearing aids;

   (h) in favor of all Defendants as to all claims of Fifth Amendment double jeopardy, criminal mail fraud, criminal obstruction of justice, and tort spoliation;

    (i) in favor of CDCR, CSP-LAC, and the individual defendants in their official capacities as to all other claims for damages against them on the basis of Eleventh Amendment sovereign immunity.

 2. Denying summary judgment:

    (a) on the basis of administrative exhaustion;

    (b) as to the First Amendment retaliation claims against Fordham, Ulstad, Bradford, Bermudez, Jordan, Rivera, Orellana, Tinio, Jimenez, Ferrso, Hodges, and Harder;

    (c) as to the civil conspiracy claims against Ulstad, Bradford, Bermudez, Jordan, Rivera, Orellana, Tinio, Jimenez, and Ferrso;

    (d) as to the ADA and RA claims against CDCR and CSP-LAC regarding liability and damages;

    (e) as to the ADA and RA claims against CDCR regarding all non-hearing-related requests for injunctive relief;

    (f) as to all other Eighth Amendment deliberate indifference claims against Bermudez, Bradford, Jordan, Martinez, Rivera, Orellana, Tinio, and Ulstad;

    (g) as to the ADA and RA claims against CDCR and CSP-LAC on the basis of Eleventh Amendment sovereign immunity;

 3. Denying Defendants' request to strike Plaintiff's Opposition, in whole or in part; and

 4. Denying Plaintiff's request for judicial notice.

DATED: March 21, 2025

               _____
               HONORABLE ANDRÉ BIROTTE JR.
               UNITED STATES DISTRICT JUDGE